1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant RAMOS-HINOJOSA

**E-FILED**

**RECEIVED**

APR - 7 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70186 RS |
| Plaintiff, ) | **STIPULATION TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME; [~~PROPOSED~~] ORDER** |
| v. ) | |
| SERGIO RAMOS-HINOJOSA, ) | |
| Defendant. ) | Hon. Howard R. Lloyd |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, April 10, 2008, at 9:30 a.m. be continued to Thursday, May 1, 2008, at 9:30 a.m. The continuance is requested to allow time for further pre-charge negotiation and defense investigation.

The parties further agree that time should be excluded under the Speedy Trial Act from April 10, 2008 to May 1, 2008, to allow time for defense investigation and preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Finally, in order to allow additional time for pre-charge negotiations, the parties also agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70186 RS                   1

1  Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt

2  disposition of criminal cases.

4  Dated:   4/7/08                                                       /s/
                                                          LARA S. VINNARD
5                                                         Assistant Federal Public Defender

6  Dated:   4/7/08                                                       /s/
                                                          JOSEPH FAZIOLI
7                                                         Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for April 10, 2008, to allow time for continued pre-charge negotiation and continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for April 10, 2008 at 9:30 a.m. be continued to May 1, 2008, at 9:30 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 10, 2008, to May 1, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED that time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of criminal cases.

Dated:   4/8/08

                                                          HOWARD R. LLOYD
                                                          United States Magistrate Judge

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70186 RS                                    2