1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant RAMOS-HINOJOSA

6

7

**E-FILED**

**RECEIVED**

APR − 7 2008

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70186 RS |
| ) | |
| Plaintiff, ) | **STIPULATION TO EXTEND TIME FOR** |
| ) | **PRELIMINARY HEARING AND** |
| v. ) | **EXCLUDE TIME; [PROPOSED] ORDER** |
| ) | |
| SERGIO RAMOS-HINOJOSA, ) | |
| ) | Hon. Howard R. Lloyd |
| Defendant. ) | |
| _____ ) | |

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18   subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19   Thursday, April 10, 2008, at 9:30 a.m. be continued to Thursday, May 1, 2008, at 9:30 a.m.  The

20   continuance is requested to allow time for further pre-charge negotiation and defense

21   investigation.

22        The parties further agree that time should be excluded under the Speedy Trial Act from

23   April 10, 2008 to May 1, 2008, to allow time for defense investigation and preparation, and

24   because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

25        Finally, in order to allow additional time for pre-charge negotiations, the parties also

26   agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70186 RS                                1

1   Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt

2   disposition of criminal cases.

3

4   Dated:        4/7/08                              _____/s/_____

5                                                   LARA S. VINNARD
                                                    Assistant Federal Public Defender

6   Dated:        4/7/08                              _____/s/_____

7                                                   JOSEPH FAZIOLI
                                                    Assistant United States Attorney

8                                              **ORDER**

9

10          The parties have jointly requested a continuance of the hearing set for April 10, 2008, to

11   allow time for continued pre-charge negotiation and continued defense investigation.

12          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

     presently set for April 10, 2008 at 9:30 a.m. be continued to May 1, 2008, at 9:30 a.m.

13          Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

14   from April 10, 2008, to May 1, 2008, shall be excluded from the period of time within which trial

15   must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

16          Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED

17   that  time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of

18   Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of

19   criminal cases.

20

21   Dated:   4/8/08                           _____

22                                             HOWARD R. LLOYD
                                               United States Magistrate Judge

23

24

25

26

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER              2
No. CR 08-70186 RS