1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RAMOS-HINOJOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70186 RS |
| ) | |
| Plaintiff, ) | **STIPULATION TO EXTEND TIME FOR** |
| ) | **PRELIMINARY HEARING AND** |
| v. ) | **EXCLUDE TIME; [PROPOSED] ORDER** |
| ) | |
| SERGIO RAMOS-HINOJOSA, ) | |
| ) | Hon. Howard R. Lloyd |
| Defendant. ) | |
| _____ ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, May 1, 2008, at 9:30 a.m. be continued to Thursday, May 15, 2008, at 9:30 a.m.  The continuance is requested to allow time for further pre-charge negotiation and defense investigation.

The parties further agree that time should be excluded under the Speedy Trial Act from May 1, 2008 to May 15, 2008, to allow time for defense investigation and preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Finally, in order to allow additional time for pre-charge negotiations, the parties also agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of criminal cases.

Dated:    4/25/08    _____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated:    4/26/08    _____/s/_____
JOSEPH FAZIOLI
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for May 1, 2008, to allow time for continued pre-charge negotiation and continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 1, 2008 at 9:30 a.m. be continued to May 15, 2008, at 9:30 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 1, 2008, to May 15, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED that time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of criminal cases.

Dated:    _____
HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70186 RS                 2