| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | JOSEPH A. FAZIOLI (ILSBN 6273413)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5061 |
| 7 | Facsimile: (408) 535-5081<br>E-Mail: joseph.fazioli@usdoj.gov |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00215 JF  08-MJ-70186 RS |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING PRELIMINARY |
| v. | ) | HEARING/ARRAIGNMENT AND |
| | ) | EXCLUDING TIME FROM RULE 5.1 |
| | ) | AND THE SPEEDY TRIAL ACT |
| SERGIO RAMOS-HINOJOSA, | ) | CALCULATION (18 U.S.C. |
| | ) | § 3161(h)(8)(A)) |
| Defendant. | ) | |

This matter is scheduled before the Court for preliminary hearing or arraignment on May 15, 2008. Due the parties' on-going discussions regarding pre-charge negotiation and discovery in this case, the parties respectfully request that defendant's preliminary hearing or arraignment be continued until May 22, 2008. The parties agree, and the Court finds and holds, as follows:

1. Defendant's preliminary hearing or arraignment is continued to May 22, 2008.

2. Time is excluded under Rule 5.1 from May 15, 2008 to May 22, 2008 in order to allow defense counsel time to confer with her client and to conduct additional pre-charge investigation. The parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

STIPULATION AND [PROPOSED] ORDER
CR 07-00215 JF

2.      The time between May 15, 2008 and May 22, 2008 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED:

DATED:   5/13/08

/s/
LARA VINNARD
Attorney for Defendant Ramos-Hinojosa

DATED:   5/14/08

/s/
JOSEPH A. FAZIOLI
Assistant United States Attorney

IT IS SO ORDERED.
DATED:   5/15/08

PATRICIA TRUMBULL
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 3-04-30420 EDL